IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARQUISE D. LOFTIS,** | Case No. 1:23-cv-00002-SKO |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES HILL,** | |
| Respondent. | |

Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the Court is Respondent's first request for an extension of time to file a response.

Good cause appearing, IT IS HEREBY ORDERED:

1. Respondent's first request for an extension of time to file a response is granted;
2. Respondent's response to the petition is due on or before April 5, 2023.

IT IS SO ORDERED.

Dated: **March 3, 2023**          /s/ *Sheila K. Oberto*
                          UNITED STATES MAGISTRATE JUDGE